UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEONTA ELLIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:17-cv-3857-TWP-MJD |
| DANIEL SLIGHTOM and CARLTON ) | |
| HOWARD in their individual and ) | |
| official capacities, the CITY OF ) | |
| INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS PRELIMINARY EXHIBIT LIST

Daniel Slightom, Carlton Howard, and the City of Indianapolis, submit the following Preliminary Exhibit List:

1. Probable Cause Affidavits relating to this incident;

2. Charging Documents relating to this incident;

3. Plea Agreements relating to this incident;

4. Transcripts of Hearings relating to this incident;

5. Sentencing Orders relating to this incident; and

6. Indianapolis Metropolitan Police Department Case Report DP150124825-0000.

Respectfully Submitted,

*/s/ Thomas J. O. Moore*
Thomas J. O. Moore (32079-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: thomas.moore@indy.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2018 a copy of the foregoing was filed electronically via the Court's system.  Service of this filing will be made on the below Registered Users via the Court's CM/ECF system.

Christopher K. Starkey
406 South Harrison Streets
Shelbyville, Indiana 46176

                                                                Respectfully Submitted,

                                                                 */s/ Thomas J. O. Moore*
                                                                 Thomas J. O. Moore (32079-53)
                                                                Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055