UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEONTA ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:17-cv-3857-TWP-MJD |
| DANIEL SLIGHTOM and CARLTON ) | |
| HOWARD in their individual and ) | |
| official capacities, the CITY OF ) | |
| INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' PRELIMINARY WITNESS LIST**

Daniel Slightom, Carlton Howard, and the City of Indianapolis submit the following Preliminary Witness List:

1. Deonta Ellis;

2. Daniel Slightom;

3. Carlton Howard;

4. Lavon Robert Washington.

5. Sergeant Aaron Schlesinger.

6. Officer Justin Toussing.

7. Sergeant Stephen Fippen.

8. Officer Dennis Lowe.

9. Officer Evan Davis.

10. Officer Albert Teaters.

11. Sergeant Laura Weida.

12. Sergeant Frederick Lantzer.

13. Lieutenant David Phillips.

14. Sergeant Leslie Van Buskirk.

15. Officer Michael Beatty.

16. Officer Anthony Carter;

17. Officer Christopher Clouse;

18. Officer Scott Godby;

19. Officer Shawn Holmes;

20. Officer Eric Huxley;

21. Officer Brian Ramey;

22. Any person identified in any discovery response;

23. Any person deposed or yet to be deposed in this matter;

24. Any person necessary for authentication of any evidence;

25. Any person listed on any witness list filed by any party; and,

26. Witnesses for the purposes of rebuttal and/or impeachment.

Respectfully Submitted,

*/s/ Thomas J. O. Moore*
Thomas J. O. Moore (32079-53)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: thomas.moore@indy.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2018 a copy of the foregoing was filed electronically via the Court's system.  Service of this filing will be made on the below Registered Users via the Court's CM/ECF system.

Christopher K. Starkey
406 South Harrison Street
Shelbyville, Indiana 46176

                                  Respectfully Submitted,

                                  */s/ Thomas J. O. Moore*
                                  Thomas J. O. Moore (32079-53)
                                  Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055