UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEONTA ELLIS, )<br>    Plaintiff, )<br>-vs- )<br>DANIEL SLIGHTOM and CARLTON )<br>HOWARD, in their individual and official )<br>capacities, and the CITY OF )<br>INDIANAPOLIS, )<br>    Defendants. ) | Case No. 1:17-cv-3857 TWP-MJD |

PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff by counsel submits his preliminary witness list:

1. Plaintiff's Notice Of Tort Claim dated 7 April 2016.

2. Plaintiff's medical records from the 26 October 2015 incident (Eskenazi Hospital).

3. Any tape of this incident from a car video of defendants.

4. Any police report submitted by Defendants.

5. All exhibits listed by Defendants.

                                              */s/Christopher K. Starkey*
                                              Christopher K. Starkey

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above has been served upon all counsel of record by the Court's ECF system 27 February 2018.

                                                */s/Christopher K. Starkey*
                                              Christopher K. Starkey

Christopher K. Starkey, Atty No. 11757-49
406 South Harrison Street
Shelbyville, Indiana  46176
Phone (317) 550-7608
StarkeyCK@msn.com