UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEONTA ELLIS, )<br>  Plaintiff, )<br>-vs- )<br>DANIEL SLIGHTOM and CARLTON )<br>HOWARD, in their individual and official )<br>capacities, and the CITY OF )<br>INDIANAPOLIS, )<br>  Defendants. ) | Case No. 1:17-cv-3857 TWP-MJD |

PLAINTIFF'S PRELIMINARY WITNESS LIST

Plaintiff by counsel submits his preliminary witness list:

1. Plaintiff.

2. Defendant Slightom.

3. Defendant Howard.

4. Lavon Washington.

5. All witnesses listed by Defendants.

*/s/Christopher K. Starkey*
Christopher K. Starkey

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served upon all counsel of record by the Court's ECF system 27 February 2018.

*/s/Christopher K. Starkey*
Christopher K. Starkey

Christopher K. Starkey, Atty No. 11757-49
406 South Harrison Street
Shelbyville, Indiana  46176
Phone (317) 550-7608
StarkeyCK@msn.com